

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-21,251-05

### EX PARTE BILLY J. HIBBLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 87-10-04982-CRR IN THE 143RD DISTRICT COURT
### FROM REEVES COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of unauthorized use of a motor vehicle and sentenced to 35 years' imprisonment.

Applicant challenges his conviction, and he also challenges TDCJ's failure to credit him with time he spent on parole release. His claim challenging the conviction does not meet the requirements for consideration under Article 11.07, Section 4, of the Code of Criminal Procedure and is dismissed. His claim that he is being denied credit for parole release time appears to provide a new factual basis meeting Section 4's requirement. However, it is without merit and is denied. *See Ex parte Spann,*

132 S.W.3d 390 (Tex. Crim. App. 2004).

Filed: October 9, 2019
Do not publish